IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DEBRA FAHMIE,

    Plaintiff,

v.                                            CASE NO. 4:19cv240-RH-EMT

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

_____/

## ORDER AWARDING ATTORNEY'S FEES

This case is before the court on the magistrate judge's second report and recommendation, ECF No. 30. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The plaintiff's motion for attorney's fees, ECF No. 29, is granted. Fees are awarded to the plaintiff in the amount of $8,547.05. The fee award is subject to any proper offset and may be paid by delivery of check payable to the plaintiff but

mailed to her attorney.

SO ORDERED on January 11, 2021.

                        s/Robert L. Hinkle
                        United States District Judge